**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Brian DeVries Construction Inc.,** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  BDC**<br>**DBA  DeVries Construction** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-0890080** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3440 West Warner Ave., Suite L**<br>**Santa Ana, CA 92704**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>**3440 West Warner Avenue Suite L Santa Ana, CA 92704**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Brian DeVries Construction Inc.,**
　　　　　Name                                                    Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

　____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

| | |
|---|---|
| Debtor | **Brian DeVries Construction Inc.,** |
| | Name |

| | Case number (*if known*) _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Brian DeVries Construction Inc.,**                                 Case number (*if known*) _____
Name

☐ $50,001 - $100,000                 ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000                ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion

■ $500,001 - $1 million              ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Brian DeVries Construction Inc.,**                       Case number (*if known*)
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/02/2023
              MM / DD / YYYY

X _____                    **Rakan Saleh**
Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____                    Date   6-2-2023
Signature of attorney for debtor                      MM / DD / YYYY

**Jeffrey S. Shinbrot 155486**
Printed name

**Jeffrey S. Shinbrot, APLC**
Firm name

**15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403**
Number, Street, City, State & ZIP Code

Contact phone   **3106595444**      Email address   **jeffrey@shinbrotfirm.com**

**155486 CA**
Bar number and State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on ___06-01-2023___.

a. Total assets                                          $ _781,732.15_____

b. Total debts (including debts listed in 2.c., below)   $ _668,395.34_____

c. Debt securities held by more than 500 holders

|  |  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☒ | unsecured ☐ | subordinated ☐ | $ | 254,418.45 | 5 |
| secured ☐ | unsecured ☐ | subordinated ☒ | $ | 413,976.89 | 179 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |

d. Number of shares of preferred stock                                    _____
e. Number of shares common stock                                          _____

Comments, if any: _____

_____

3. Brief description of debtor's business:   _Concrete construction company._

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Alex Audi-50%

Rakan Saleh-50%

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Jeffrey S. Shinbrot 155486**
**15260 Ventura Blvd.**
**Suite 1200**
**Sherman Oaks, CA 91403**
**3106595444 Fax: 3108788304**
California State Bar Number: **155486 CA**
jeffrey@shinbrotfirm.com

FOR COURT USE ONLY

☑ Attorney for:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Brian DeVries Construction Inc.,**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:   **11**

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Rakan Saleh** _____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

- ☑ I am the president or other officer or an authorized agent of the Debtor corporation
- ☐ I am a party to an adversary proceeding
- ☐ I am a party to a contested matter
- ☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
       *[For additional names, attach an addendum to this form.]*

b.     ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date   June 2, 2023

By:    _____
       Signature of Debtor, or attorney for Debtor

Name:  **Rakan Saleh, Chief Executive Officer**
       Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      **F 1007-4.CORP.OWNERSHIP.STMT**

UNITED STATES BANKRUPTCY COURT
Central District of California

**RESOLUTION OF BOARD OF DIRECTORS OF
BRIAN DEVRIES CONSTRUCTION INC., a California corporation**

I, Rakan Saleh, declare under penalty of perjury that I am the Chief
Executive Officer of BRIAN DEVRIES CONSTRUCTION, INC., a California
corporation (the "Company"), and that on April 19, 2023, the following resolution
was duly adopted by the Board of Directors:

Whereas, it is in the best interest of the Company to file a voluntary petition
in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the
United States Code;

Be It Therefore Resolved, that Rakan Saleh, Chief Executive Officer of the
Company, is authorized and directed to execute and deliver all documents
necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf
of the Company; and

Be It Further Resolved, that Rakan Saleh, Chief Executive Officer of the
Company, is authorized and directed to appear in all bankruptcy proceedings on
behalf of the Company, and to otherwise do and perform all acts and deeds and to
execute and deliver all necessary documents on behalf of the Company in
connection with such bankruptcy case; and

Be It Further Resolved, that Rakan Saleh, Chief Executive Officer of the
Company, is authorized and directed to employ Jeffrey S. Shinbrot, A Professional
Law Corporation to represent the Company in such bankruptcy case.

May 10, 2023                      Signed: _____
                                  Rakan Saleh, Chief Executive Officer
                                  BRIAN DEVRIES, INC., a California
                                  corporation

Approved.

May 10, 2023                      Signed: _____
                                  Alex Audi, Chief Financial
                                  BRIAN DEVRIES, INC., a California
                                  corporation

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _ELCINO_ , California.

Date: _June 2 2023_

Rakan Saleh
Signature of Debtor 1

_____

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_October 2018_                    _Page 1_                    **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

| Debtor name | **Brian DeVries Construction Inc.,** |
|---|---|
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cemex 16161 Construction Cir E Irvine, CA 92606** | 855-292-8453 | **Trade debt through petition date.** | | | | $16,997.70 |
| **Ferruzzo & Ferruzzo, LLP 3737 Birch St., Ste. 400 Newport Beach, CA 92660** | James F. Rumm, Esquire jrumm@ferruzzo.com 949-608-6900 | **Trade debt through petition date.** | | | | $35,369.11 |
| **Fleming and Sons Concrete Pumping 26715 Chowchilla Blvd, Chowchilla, CA 93610** | 559-715-3000 | **Trade debt through petition date.** | | | | $10,734.73 |
| **GM Financial PO Box 1510 Cockeysville, MD 21030** | 714-669-3669 | **2021 Cadillac Truck Escalada VIN# 1GYS4GKL8MR32810** | | $136,610.31 | $98,000.00 | $38,610.31 |
| **Hi-Grade Materials Co 17671 Bear Valley Rd., Hesperia, CA 92345** | 760-244-9325 | **Trade debt through petition date.** | | | | $22,263.54 |
| **Hilti Inc. PO Box 70299 Philadelphia, PA 19176-0299** | 800-879-8000 | **Trade debt through petition date.** | | | | $5,287.47 |
| **Holliday Rock 16191 Construction Cir E Irvine, CA 92606** | 888-273-2200 | **Trade debt through petition date.** | | | | $29,807.56 |

| Debtor | **Brian DeVries Construction Inc.,** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kennedy, McCarthy & Rumm 9210 Irvine Center Dr. Irvine, CA 92618** | **949-705-6611** | **Trade debt through petition date.** | | | | **$29,481.09** |
| **Kinsel Forensic Accounting, LLP 225 S. Lake Ave Fl 3 Pasadena, CA 91101** | **855-202-2021** | **Services** | | | | **$5,063.75** |
| **Law Office of Brian Ballo 120 Vantis Suite 300 Aliso Viejo, CA 92656** | **949-690-4100** | **Legal services** | **Disputed** | | | **$28,595.01** |
| **National Ready Mix Concrete Fullerton, CA 92831** | **888-237-2746** | **Trade debt through petition date.** | | | | **$708.00** |
| **Patriot Concrete Pump Service PO  Box 91521 City of Industry, CA 91715-1521** | **626-336-0048** | **Trade debt through petition date.** | | | | **$4,710.00** |
| **Robertson's Ready Mix 25931 Towne Centre Dr., N Foothill Ranch, CA 92610** | **951-493-6500** | **Trade debt through petition date.** | | | | **$2,669.19** |
| **RR Leonard 10910 Shoemaker Avenue Santa Fe Springs, CA 90670** | **562-941-2288** | **Trade debt through petition date.** | | | | **$36,022.61** |
| **Schaefer's Parking Lot 7237 Somerset Blvd., Paramount, CA 90723-9307** | **562-634-3164** | **Trade debt through petition date.** | | | | **$11,600.00** |
| **Signal Hill Construction 2425 Gundry Avenue Signal Hill, CA 90755** | **562-424-1210** | **Trade debt through petition date.** | | | | **$42,000.00** |
| **Squire's Lumber 333 East F Street PO Box 431 Colton, CA 92324** | **909-825-1882** | **Trade debt through petition date.** | | | | **$7,532.07** |

Debtor  **Brian DeVries Construction Inc.,**_____   Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SunState Equipment 4460 E. La Palma Ave Anaheim, CA 92807** | **800-894-7368** | **Trade debt through petition date.** | **Disputed** | | | **$23,607.07** |
| **West Coast Sand & Gravel PO Box 5067 Buena Park, CA 90622** | **714-735-7033** | **Trade debt through petition date.** | | | | **$699.08** |
| **White Cap 1723 Ritchey St Santa Ana, CA 92705** | **949-794-5366** | **Trade debt through petition date.** | | | | **$14,092.57** |

# United States Bankruptcy Court
## Central District of California

In re   **Brian DeVries Construction Inc.,**
_____   Case No. _____

Debtor(s)                                 Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alex Audi**<br>**110 Gray Willow Place**<br>**Manotick**<br>**Ontario, Canada K4M0B3** | | | **50%** |
| **Rakan Saleh**<br>**110 Grazie**<br>**Irvine, CA 92602** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 2 2023                       Signature _____
                                                        **Rakan Saleh**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name   **Brian DeVries Construction Inc.,**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                        12/15

| Part 1: | Summary of Assets |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................   $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................   $ _____781,732.15

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................   $ _____781,732.15

| Part 2: | Summary of Liabilities |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____254,418.45

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ _____413,976.89

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b                                                                                   $ _____668,395.34

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Brian DeVries Construction Inc.,**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Union Bank** | **Checking** | **3177** | **$52.64** |
| 3.2. | **Union Bank** | **Checking** | **6060** | **$32,400.45** |
| 3.3. | **Union Bank** | **Checking** | **2608** | **$229.97** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $32,683.06 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor    **Brian DeVries Construction Inc.,**                           Case number *(If known)* _____
           <sub>Name</sub>

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:      **77,385.15** - **27,225.15** = .... **$50,160.00**
                face amount           doubtful or uncollectible accounts

11a. 90 days old or less:      **3,669.57** - **0.00** = .... **$3,669.57**
                face amount           doubtful or uncollectible accounts

11a. 90 days old or less:      **23,343.14** - **65.83** = .... **$23,277.31**
                face amount           doubtful or uncollectible accounts

11a. 90 days old or less:      **1,622.79** - **0.00** = .... **$1,622.79**
                face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **14,860.18** - **0.00** = .... **$14,860.18**
                face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **3,442.24** - **0.00** = .... **$3,442.24**
                face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **17,282.58** - **0.00** = .... **$17,282.58**
                face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **19,416.21** - **0.00** = .... **$19,416.21**
                face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **16,397.95** - **0.00** = .... **$16,397.95**
                face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **71,704.10** - **0.00** = .... **$71,704.10**
                face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **12,697.00** - **668.25** = .... **$12,028.75**
                face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **3,985.00** - **3,985.00** = .... **$0.00**
                face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **573.90** - **573.90** = .... **$0.00**
                face amount            doubtful or uncollectible accounts

Debtor    **Brian DeVries Construction Inc.,**                          Case number *(If known)* _____
_____
Name

| 11b. Over 90 days old: | 136,687.41 | - | 0.00 | =.... | $136,687.41 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $370,549.09 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** construction materials | | $0.00 | | $3,500.00 |
| | marketing inventory-DeVries apparel-hard hats & jackets | | $0.00 | | $650.00 |

| 23. | **Total of Part 5.** | | $4,150.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **office desks and chairs** | **$0.00** | | **$3,000.00** |
| | **microwave, fride, coffee maker and water cooler** | **$0.00** | | **$250.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Mac book pro** | **$0.00** | | **$1,000.00** |
| | **6-desktop computers** | **$0.00** | | **$2,400.00** |
| | **2-photocopiers/printers** | **$0.00** | | **$200.00** |
| | **1-server** | **$0.00** | | **$500.00** |
| | **4-ipads** | **$0.00** | | **$2,000.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$9,350.00** |
|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor  **Brian DeVries Construction Inc.,**  Case number *(If known)* _____
_____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Cadillac Truck Escalad VIN# 1GYS4GKL8MR32810** | **$98,000.00** | | **$98,000.00** |
| 47.2. **2023 GMC  Sierra 2500 HD VIN#1GT49LEY6PF130119** | **$0.00** | | **$89,000.00** |
| 47.3. **2023 GMC  Sierra 2500 HD VIN # 1GT48LE7XPF131316** | **$0.00** | | **$89,000.00** |
| 47.4. **2013 Chevy Crew Cab 9' flatbed** | **$0.00** | | **$8,000.00** |
| 47.5. **2017 Dodge Ram Crew Cab** | **$0.00** | | **$32,000.00** |
| 47.6. **2015 Komatsu forklift model FG25ST-16** | **$0.00** | | **$9,000.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2021 Carson Trailer, heavy duty Model SC162 Carrier** | **$0.00** | | **$2,500.00** |
| **2005 Big Tex Utility Trailer** | **$0.00** | | **$500.00** |
| **2004 John Deere Skid Steer Model 320** | **$0.00** | | **$5,000.00** |
| **2010 John Deer Mini Excavator model 270-D** | **$0.00** | | **$11,000.00** |
| **Hilti tools** | **$0.00** | | **$0.00** |
| **2005 John Deere Backhoe 310S** | **$0.00** | | **$15,000.00** |
| **2007 John Deere Skid Streer Model 320** | **$0.00** | | **$6,000.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $365,000.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Claims against Jennifer Devries and Brian Devries, claims for malfeasance by former insiders resulting in employment claims and tax obligations of the Debtor**

| Nature of claim | claims for malfeasance by former | **Unknown** |
|---|---|---|
| Amount requested | **$3,800,000.00** | |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                    **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Debtor    **Brian DeVries Construction Inc.,**
          Name

Case number *(If known)* _____

☐ Yes

Debtor   **Brian DeVries Construction Inc.,**                          Case number *(If known)* _____
         <sub>Name</sub>

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $32,683.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $370,549.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,150.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $365,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $781,732.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $781,732.15 |

**Fill in this information to identify the case:**

Debtor name    **Brian DeVries Construction Inc.,**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **GM Financial** Creditor's Name P.O. Box 183834 Arlington, TX 76096 Creditor's mailing address | Describe debtor's property that is subject to a lien **2023 GMC  Sierra 2500 HD VIN#1GT49LEY6PF130119** | **$65,519.80** | **$89,000.00** |

**Describe the lien**

**Auto loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **GM Financial** Creditor's Name P.O. Box 183834 Arlington, TX 76096 Creditor's mailing address | Describe debtor's property that is subject to a lien **2023 GMC  Sierra 2500 HD VIN # 1GT48LE7XPF131316** | $48,252.00 | $89,000.00 |

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Brian DeVries Construction Inc.,**
<u>Name</u>

Case number *(if known)* _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **GM Financial** | Describe debtor's property that is subject to a lien | $136,610.31 | $98,000.00 |

Creditor's Name

**PO Box 1510
Cockeysville, MD 21030**

Creditor's mailing address

**2021 Cadillac Truck Escalad VIN#
1GYS4GKL8MR32810**

Describe the lien
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **GM Financial** | Describe debtor's property that is subject to a lien | $4,036.34 | $32,000.00 |

Creditor's Name

**P.O. Box 183834
Arlington, TX 76096**

Creditor's mailing address

**2017 Dodge Ram Crew Cab**

Describe the lien
**Auto loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $0.00 | $9,000.00 |

Creditor's Name

**800 Walnut St., 4th Floor
Des Moines, IA 50309**

Creditor's mailing address

**2015 Komatsu forklift model FG25ST-16**

Describe the lien
**Single Sided Lease Agreement**

**Is the creditor an insider or related party?**
■ No

---

Debtor    **Brian DeVries Construction Inc.,**                    Case number (if known) _____
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**


**Last 4 digits of account number**

_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $254,418.45 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name _____ **Brian DeVries Construction Inc.,** _____

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address
Abraham Sanchez
940 Sanford Avenue
Wilmington, CA 90744

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2** Nonpriority creditor's name and mailing address
Adan Salazar
15501 South White Avenue
Compton, CA 90221

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.3** Nonpriority creditor's name and mailing address
Adan Salazar Gomez
940 Sanford Avenue
Wilmington, CA 90744

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.4** Nonpriority creditor's name and mailing address
Adrian Reyes
530 West Garfield Ave
Glendale, CA 91204

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Alejandro Hurtado**
**11448 Trust Way**
**Moreno Valley, CA 92555**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.6** | Nonpriority creditor's name and mailing address

**Alejandro Ruiz**
**16930 Via Xavier**
**Irvine, CA 92618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.7** | Nonpriority creditor's name and mailing address

**Alex Jimenez**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Employment claim.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8** | Nonpriority creditor's name and mailing address

**Angel Tapia**
**2135 Sunpork Dr.**
**Perris, CA 92570**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.9** | Nonpriority creditor's name and mailing address

**Anthony H. Del Cid**
**26297 E. Baseline St.**
**Highland, CA 92346**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.10** | Nonpriority creditor's name and mailing address

**Anthony Warren**
**6415 Rosemead Blvd., Apt. 8**
**San Gabriel, CA 91775**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.11** | Nonpriority creditor's name and mailing address

**Antonio Alvarez-Haro**
**1102 East 9th St.,**
**Pomona, CA 91766**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Brian DeVries Construction Inc., | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address

**Antonio Martin Flores**
2411 Folsom St.,
Los Angeles, CA 90033

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

**Basilio Garcia-Orozco**
4181 Goodman St.,
Riverside, CA 92503

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**Belizario Dominguez**
15501 South White Ave.,
Compton, CA 90221

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**Bond Exchange**
24800 Chrisanta Drive Suite 160
Mission Viejo, CA 92691

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$695.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered through petition date.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Brenden Bui**
1322 S. Masterson Rd.,
Anaheim, CA 92804

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**Brian G DeVries**
836 Mystic Parkway
Spring Branch, TX 78070

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Disputed claims of former principal.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**Brian Hernandez**
13181 Lampson Ave
Garden Grove, CA 92848

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Brian DeVries Construction Inc.,**                                    Case number (if known)
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bryan Vergara**
**17390 Mockingbird**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carlos A. Jiminez Ruiz**
**13534 Don Julian Road**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carlos E. Alvarez**
**308 North Aspen**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carlos Espinoza**
**1595 Palmr St.,**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carlos Garcia**
**115 West 73rd St.,**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,997.70** |
|---|---|---|---|

**Cemex**
**16161 Construction Cir E**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0655**

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Acevedo**
**23934 Rowe Dr**
**Moreno Valley, CA 92557**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Aguilar**
**1036 Brittania St., # 9**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Potential employment claims._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Arellano**
**6378 Cinnaber Drive**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Employment claims._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Galdamez Santos**
**1301 E. Ave I SPC 191**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Potential employment claims._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David J. Suarez**
**2863 S. Cypress Point**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Employment claims._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Demetrio Arellano**
**25433 Sjamel Ash Dr.,**
**Moreno Valley, CA 92551**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Employment claims._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DeQuan T. Hamilton**
**1919 E. Center St., # 408**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Employment claims._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$537.91** |
|---|---|---|---|

**Downs Energy**
**1095 Montecito Drive**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Trade debt through petition date._

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Brian DeVries Construction Inc.,**                                              Case number *(if known)* _____
        Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Edison W. Lopez**
**14648 Sylvan St., Apt. 1**
**Van Nuys, CA 91411**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eduardo Ortega Sanchez**
**930 Sanford Ave**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eduardo Perez**
**308 S. Omalley Ave**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Edward James Tapia**
**24055 Clinton Keith Rd Apt. 719**
**Wildomar, CA 92595**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Efrain Hernandez**
**8515 Alburtis Avenue**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Efrain Maciac**
**478 E. Home St.,**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eladio D. Jimenez**
**16565 Raymond Avenue**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Brian DeVries Construction Inc.,**                                    Case number (if known) _____
         Name

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elfego Arellano**
**4091 Golden West Ave**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elias Fisher**
**15423 Wood Rd.**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erick Martinez Garcia**
**1435 Pine Ave**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik A. Dominguez**
**151 Granada**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Esteban Sagal**
**12691 Sunswept # 4**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ezekquiel Sanchez**
**930 Sanford Avenue**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Faustino Jimenez**
**481 Cherry Vista Dr.**
**San Jose, CA 95135-5391**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Brian DeVries Construction Inc.,**                                    Case number (if known)
_____
Name

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Fernando Esmerio**
817 N. Parton St.,
Santa Ana, CA 92701

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,369.11** |

**Ferruzzo & Ferruzzo, LLP**
3737 Birch St., Ste. 400
Newport Beach, CA 92660

Date(s) debt was incurred  **June-October  2022**

Last 4 digits of account number  **0973**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,734.73** |

**Fleming and Sons Concrete Pumping**
26715 Chowchilla Blvd,
Chowchilla, CA 93610

Date(s) debt was incurred _

Last 4 digits of account number  **276**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Francisco Rivas**
c/o Richard E. Donahoo, Esquire
DONAHOO & Associates
440 W. First St., Ste. 101
Tustin, CA 92780

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Employment claim.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Francisco Tapia**
32536 Meadow Ridge
Wildomar, CA 92595

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Frank Garcia**
5400 Via Corona St.,
Los Angeles, CA 90022

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Genaro G. Castanos**
31486 Los Rios St.,
San Juan Capistrano, CA 92675

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Brian DeVries Construction Inc.,**                    Case number (if known) _____

     Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Geovanny Serrano**
**120 Cristianitos Road # 14308**
**San Clemente, CA 92673**

  ☐ Contingent
  ☐ Unliquidated
  ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gerson Clara**
**7823 Landgon Ave**
**Van Nuys, CA 91406**

  ☐ Contingent
  ☐ Unliquidated
  ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gilberto Colin**
**25880 Juniper Flats Rd**
**Homeland, CA 92548**

  ☐ Contingent
  ☐ Unliquidated
  ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gilberto Gonzalez**
**1542 1/2 E. 76th Pl.**
**Los Angeles, CA 90001**

  ☐ Contingent
  ☐ Unliquidated
  ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Guillermina Lopez-Tapia**
**1302 W. Anaheim St.,**
**Harbor City, CA 90710**

  ☐ Contingent
  ☐ Unliquidated
  ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __
**Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Harvie Randall**
**34432 Crown Valley Apt. 202**
**Dana Point, CA 92629**

  ☐ Contingent
  ☐ Unliquidated
  ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Hector J. Gomez**
**900 E. Denni St. Space 17**
**Wilmington, CA 90744**

  ☐ Contingent
  ☐ Unliquidated
  ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,263.54**

**Hi-Grade Materials Co**
**17671 Bear Valley Rd.,**
**Hesperia, CA 92345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt through petition date.**

Last 4 digits of account number  **0566**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,287.47**

**Hilti Inc.**
**PO Box 70299**
**Philadelphia, PA 19176-0299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt through petition date.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,807.56**

**Holliday Rock**
**16191 Construction Cir E**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt through petition date.**

Last 4 digits of account number  **A001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hugo Sanchez**
**930 Sanford**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ibraheem Alakkad**
**14653 Meadowsweet**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **2020 taxes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Iram Lopez**
**4520 Coppermine st.**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Isac Villa Diaz**
3183
San Bernardino, CA 92404

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Israel Saldana**
1609 W, Santa Avenue
Santa Ana, CA 92703

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Isreal Hernandez**
1011 N. Fries Ave
Wilmington, CA 90744

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Issiah Aguilera**
2701 Randolph St.,
Huntington Park, CA 90255

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Gonzales**
13150 13th St.,
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Javie Lorenzano**
195 N. Center St.,
Redlands, CA 92373

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Javier A. Luquin**
914 Kittiwake Lane
Chula Vista, CA 91911

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor    **Brian DeVries Construction Inc.,**                          Case number (if known) _____
          Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Javier Arellano**
**6378 Cinnabar Dr**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | | Unknown |

**Javier Guzman**
**121 N. Prithcard Ave Apt. 9**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | | Unknown |

**Javier J. Mendoza**
**35580 Avenue D**
**Yucaipa, CA 92399**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | | Unknown |

**Javier S. Mendoza**
**10167 East Ave Q-10**
**Littlerock, CA 93543**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | | Unknown |

**Jennifer Devries**
**836 Mystic Parkway**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | | Unknown |

**Jeremy Salguero**
**1222 Ala Kapuna St. # 705**
**Honolulu, HI 96819**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | | Unknown |

**Jeronimo Martinez**
**8985 Madison Ave.**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Jesus Aguilar**
**1209 Blinn Avenue**
**Wilmington, CA 90744**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Jesus Barragan**
**530 West Garfield Ave**
**Glendale, CA 91204**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Jesus Sanchez**
**1129 W. 50th St.**
**Los Angeles, CA 90037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Jesus Zaragoza**
**83036 55th Avenue**
**Thermal, CA 92274**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Joan J. Figueroa**
**15501 South White Ave**
**Compton, CA 90221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Joey Cooper**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Employment claim.**

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Jonathon A. Galache**
**2901 W. First St., # 64**
**Santa Ana, CA 92703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

Debtor    **Brian DeVries Construction Inc.,**                                    Case number (if known)  _____
_____
Name

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jorge Amezcua**
**22640 Kingross Lane**
**Moreno Valley, CA 92557**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jorge E. Sandoval-Zavala**
**10954 Spruce Ave**
**Bloomington, CA 92316**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jorge L. Zavala Alcareaz**
**3802 Eisenhower Dr.**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jorge Tomayo**
**12148 164th St**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jose Carmona**
**2230 West Borchard**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jose E. Arieas**
**11937 Hart St., Apt. B**
**North Hollywood, CA 91605**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jose M. Diaz**
**25867 Melba Ave**
**Homeland, CA 92548**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Osuna**
21162 Rider St.
Perris, CA 92570

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Quintero**
3560 Bell Ave
Bell Gardens, CA 90201

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Ramirez**
4300 HOlt Blvd., #17
Montclair, CA 91763

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Reyes**
115 West 73rd St.,
Los Angeles, CA 90002

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Sanchez Riveros**
940 Sanford Avenue
Wilmington, CA 90744

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose V. Benitez**
5131 de Longpre Aven
Los Angeles, CA 90027

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose V. Calderon**
10513 Magnolia Ave SP
Riverside, CA 92505

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |

**Joseph A. Aguilera-Mendez**
**4162 Boise St**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |

**Joseph R. Cooper**
**1741 N. Tympani Circle**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |

**Joshua Alex**
**13583 Canyon Crest**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |

**Juan C. Granados**
**1146 E. 89th St.,**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |

**Juan Carlos Perez**
**41043 Collegian Way**
**Hemet, CA 92544**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |

**Juan Villa Diaz**
**3183 Sanchez St.,**
**San Bernardino, CA 92404**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Eemployment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,481.09 |
| --- | --- | --- |

**Kennedy, McCarthy & Rumm**
**9210 Irvine Center Dr.**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2022**

Basis for the claim:  **Trade debt through petition date.**

Last 4 digits of account number  **0075**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Brian DeVries Construction Inc., | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110** Nonpriority creditor's name and mailing address

**Kevin Galdamexz**
**1301 East Avenue I  SPC 191**
**Lancaster, CA 93535**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.111** Nonpriority creditor's name and mailing address

**Kinsel Forensic Accounting, LLP**
**225 S. Lake Ave Fl 3**
**Pasadena, CA 91101**

Date(s) debt was incurred  **December 2022**

Last 4 digits of account number  **6655**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,063.75**

---

**3.112** Nonpriority creditor's name and mailing address

**Law Office of Brian Ballo**
**120 Vantis Suite 300**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **February 2023**

Last 4 digits of account number  **Brian DeVries Construction, In**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$28,595.01**

---

**3.113** Nonpriority creditor's name and mailing address

**Leo Hurtado**
**4131 Lively St.,**
**Riverside, CA 92505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.114** Nonpriority creditor's name and mailing address

**Leonel Diaz**
**849 N. Aspen Ave**
**Rialto, CA 92376**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.115** Nonpriority creditor's name and mailing address

**Luis C. Loera**
**18753 10th St.,**
**Bloomington, CA 92316**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.116** Nonpriority creditor's name and mailing address

**Luis H. Toro**
**121 N. Prithcard Ave Apt. 9**
**Fullerton, CA 92833**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

Debtor    **Brian DeVries Construction Inc.,**    Case number (if known) _____

Name

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel D. Moreno**
**315 E. 98th St.**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel Lopez**
**12137 Phillips Ave**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marco Montoya**
**18940 Applewood Way**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marco Piceno**
**1148 E. 89th st**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mariano Rodriguez JR.**
**15128 Elm Ct., Apt. A**
**Moreno Valley, CA 92551**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario Moya**
**44640 Stewart Way**
**Hemet, CA 92544**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario Peralta**
**4193 Strawberry St**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment claims.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Michael Flores**
**3131 E. Palmyra Ave**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Miguel Nunez**
**530 West Garfield ave**
**Glendale, CA 91204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Miguel Vargas**
**589 W. Woodhill St.,**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Modesto Hernandez**
**5800 Hamner Ave Space 58**
**Mira Loma, CA 91752**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$708.00**

**National Ready Mix Concrete**

**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2022**

Basis for the claim:  **Trade debt through petition date.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nemecio Gonzalez**
**5515 Harold St.,**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nicolas Stacy**
**4980 Chapala Dr**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nolberto Sanchez**
**316 W. Mayberry Ave**
**Hemet, CA 92543**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Norberto J. Anguiano**
**301 La Clarita Avenue**
**San Jacinto, CA 92582**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar A. Hernandez**
**839 S. Greenwood Avenue**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar B. Alvardo-Hernandez**
**115 W. 73rd St.,**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar E. Bibriesca**
**6428 Gallant St.,**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar Solrio**
**40534 176 St E**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oswaldo Gonzalez**
**4193 Goodman**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.138** | Nonpriority creditor's name and mailing address

**Pablo Bahena**
**11065 Campbell Ave**
**Riverside, CA 92505**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address

**Patriot Concrete Pump Service**
**PO  Box 91521**
**City of Industry, CA 91715-1521**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$4,710.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address

**Pedro Alberto Campos Perez**
**30812 Lajoe St**
**Menifee, CA 92584**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address

**Rafael Arellano**
**6378 Cinnabar Dr.**
**Riverside, CA 92509**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address

**Rafael Ordonez Jurado**
**34089 Dorof Ct.**
**Wildomar, CA 92595**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address

**Rakan Saleh**
**110 Grazie**
**Irvine, CA 92602**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$13,560.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Secuirty deposit and 1st & last month rent for office.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address

**Rakan Saleh**
**110 Grazie**
**Irvine, CA 92602**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$71,943.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145** Nonpriority creditor's name and mailing address

**Rancisco Rivas**
**4193 Goodman St.,**
**Riverside, CA 92503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.146** Nonpriority creditor's name and mailing address

**Raul Gonzalez Jasso**
**8009 Carlyle Dr.,**
**Riverside, CA 92509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.147** Nonpriority creditor's name and mailing address

**Ricardo Cervantes**
**11069 DeFoe Avenue**
**Pacoima, CA 91331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Potential employment claims.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.148** Nonpriority creditor's name and mailing address

**Rigoberto Gonzalez**
**4193 Goodman St.,**
**Riverside, CA 92503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.149** Nonpriority creditor's name and mailing address

**Rigoberto Gonzalez et al.**
**c/o Donahoo & Associates, PC**
**440 W. 1st Street Ste. 101**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Orange County Superior Court case no.**
**30-2022-01258360-CU-DE-CJC**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.150** Nonpriority creditor's name and mailing address

**Riley C. Devries**
**28816 Airoso St., # 216**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Employment claims.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.151** Nonpriority creditor's name and mailing address

**Robertson's Ready Mix**
**25931 Towne Centre Dr., N**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred  **January 31 2023**

Last 4 digits of account number  **0623**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt through petition date.**

Is the claim subject to offset? ■ No  ☐ Yes

$2,669.19

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rodney D. Johnson**
**1424 E. Lael**
**Orange, CA 92866**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Romulo A. Adame**
**3999 Pacific Ave**
**Riverside, CA 92509**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,022.61 |
|---|---|---|---|

**RR Leonard**
**10910 Shoemaker Avenue**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number  **DEVR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salome C. Perez**
**7029 Petaluma Dr.,**
**Fontana, CA 92336**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sanson Pallares**
**844 W. 12th St.,**
**San Pedro, CA 90731**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Santiago Sanchez**
**930 Sanford Avenue**
**Wilmington, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,600.00 |
|---|---|---|---|

**Schaefer's Parking Lot**
**7237 Somerset Blvd.,**
**Paramount, CA 90723-9307**

Date(s) debt was incurred  **November 2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number _(if known)_ |
|---|---|---|
| | Name | |

---

**3.159** | Nonpriority creditor's name and mailing address

Serafin Avalos
650 Brisbane St
Hemet, CA 92545

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address

Signal Hill Construction
2425 Gundry Avenue
Signal Hill, CA 90755

Date(s) debt was incurred  **December 2022**
Last 4 digits of account number  **1083**

As of the petition filing date, the claim is: _Check all that apply._          **$42,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address

Silvestre Jimenez
23670 Gary Ct.
Moreno Valley, CA 92557

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address

Socorro Ruiz
115 West 73rd St.
Los Angeles, CA 90003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address

Socorro Ruiz Jr.
115 W. 73rd st.
Los Angeles, CA 90003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address

Squire's Lumber
333 East F Street
 PO Box 431
Colton, CA 92324

Date(s) debt was incurred _
Last 4 digits of account number  **5106**

As of the petition filing date, the claim is: _Check all that apply._          **$7,532.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address

Steven J. Kirkham
29752 Melinda Rd.,
Rancho Santa Margarita, CA 92688

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Brian DeVries Construction Inc.,**
      Name

Case number *(if known)* _____

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,607.07 |
|---|---|---|---|

**SunState Equipment**
**4460 E. La Palma Ave**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt through petition date.**

Last 4 digits of account number  **4185**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Thomas Allen**
**1001 Marion Ave**
**Hemet, CA 92543**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tito Anguiano**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Employment claim.**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Travis Hudson**
**747 Juniper St.,**
**Hemet, CA 92545**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Potential employment claims.**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tyree Lister**
**160 Montrose Avenue**
**Hemet, CA 92543**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Urbano Vergara**
**1450 Grennwich Dr.,**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Employment claims.**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Urbano Vergara et al.**
**Donahoo & Associates PC**
**440 W. First St., Ste. 101**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Orange County Superior Cout case no.:**
**30-2022-01243059-CU-DE-CJC-**
**Complaint for damages wages**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Brian DeVries Construction Inc., | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.173** | Nonpriority creditor's name and mailing address

**Victor Manuel Curiel-Lara**
**38439 4th St. East Unit 1**
**Palmdale, CA 93550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.174** | Nonpriority creditor's name and mailing address

**Victor Rodriguez**
**15155 Knollwood St.,**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.175** | Nonpriority creditor's name and mailing address

**Victor Ruiz**
**16930 Via Xavier**
**Moreno Valley, CA 92555**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.176** | Nonpriority creditor's name and mailing address

**West Coast Sand & Gravel**
**PO Box 5067**
**Buena Park, CA 90622**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ☒ No ☐ Yes

**$699.08**

---

**3.177** | Nonpriority creditor's name and mailing address

**White Cap**
**1723 Ritchey St**
**Santa Ana, CA 92705**

Date(s) debt was incurred __

Last 4 digits of account number  **5387**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt through petition date.**

Is the claim subject to offset? ☐ No ☐ Yes

**$14,092.57**

---

**3.178** | Nonpriority creditor's name and mailing address

**Ysrael Rodriguez**
**530 West Garfield Ave**
**Glendale, CA 91204**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Potential employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.179** | Nonpriority creditor's name and mailing address

**Zenen Ortega**
**930 Sanford Ave**
**Wilmington, CA 90744**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Employment claims.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

| Debtor | **Brian DeVries Construction Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dale A. Ortmann, Esquire**<br>**301 N. Lake Ave 7th Fl**<br>**Pasadena, CA 91101** | Line **3.172**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.171**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.137**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.148**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.157**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.86**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **DONAHOO & ASSOCIATES**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.179**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Donahoo & Associates, PC**<br>**440 W. First St., Ste. 101**<br>**Tustin, CA 92780** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Brian DeVries Construction Inc.,** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Stuart C. Clark, Esquire** <br> **550 Laguna Dr., Ste. A** <br> **Carlsbad, CA 92008** | Line __3.17__ <br><br> ☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 413,976.89 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 413,976.89 |

**Fill in this information to identify the case:**

Debtor name  **Brian DeVries Construction Inc.,**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Debtor is subcontractor Job No.: 21-072 Job: 4900 Rivergrade Pathology**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ConAm Building Co., 903 Calle Amanecer Ste. 210 San Clemente, CA 92673** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Commerical lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Grove South Coast, LLC 3857 Birch St., # 905 Newport Beach, CA 92660** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Debtor is subcontractor: Job No.: 40-20-0198 Job: Eurofins Tustin**<br><br>State the term remaining<br><br>List the contract number of any government contract | **LCS Constractors, Inc., 15205 Alton Parkway Irvine, CA 92618** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Debtor is subcontractor Job No.: 2206-016 Job: 2206-UCI Engineering Hall Glacios Cryo**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Morris, Inc., 5151 California Ave Suite 250 Irvine, CA 92617** |

Debtor 1  **Brian DeVries Construction Inc.,**

First Name        Middle Name        Last Name        Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor is subcontractor Job No.: 1126 Job: La Granada Moderniation & New Parking Lot**<br><br><br>**Norse<br>3555 Harbor Gateway South Suite F<br>Costa Mesa, CA 92626** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor is subcontractor-Job No. 00-20024 Job: CSMC MDRA AC-9 ICU Replacement (18-047)**<br><br>**Perera Construction & Design, Inc.,<br>2890 Inland Empire Blvd., Ste. 102<br>Ontario, CA 91764** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor is subcontractor-Job No.: 00-21018 Job: CMC MGB Specialty Pharmacy**<br><br>**Perera Construction & Design, Inc.,<br>2890 Inland Empire Blvd., Ste. 102<br>Ontario, CA 91764** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor is subcontractor: Job No. 00-22012 Job: CSMC Exterior Wayfinding Phase 2**<br><br>**Perera Construction & Design, Inc.,<br>2890 Inland Empire Blvd., Ste. 102<br>Ontario, CA 91764** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor is subcontractor Job No.: 00-18021 Job: County of LA UCLA OVMC Angio**<br><br>**Perera Construction & Design, Inc.,<br>2890 Inland Empire Blvd., Ste. 102<br>Ontario, CA 91764** |

Debtor 1    **Brian DeVries Construction Inc.,**    Case number *(if known)* _____
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Debtor is subcontractor Agreement No.: 19012-030000 Job: Birney Elementary Electroical Service Upgrade** |
| State the term remaining | |
| List the contract number of any government contract | **Tilden-Coil Constructors 3612 Mission Inn Avenue Riverside, CA 92501** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Debtor is subcontractor Agreement No.: 21029-033000 Job: Riverside County Fire Station 41 North Shore** |
| State the term remaining | |
| List the contract number of any government contract | **Tilden-Coil Constructors, Inc., 3612 Mission Inn Avenue Riverside, CA 92501** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Debtor subcontractor for #15531  job: 1-2134Chuze Fitness Temply City,CA** |
| State the term remaining | |
| List the contract number of any government contract | **W.D.S. Construction, Inc.,** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Debtor is subcontractor Job No.: 150803300 Job: UC Riverside-Batchelor Hall Building** |
| State the term remaining | |
| List the contract number of any government contract | **W.E. O'Neil Construction Co. of 909 N. Pacific Coast Hwy Ste. 400 El Segundo, CA 90245** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Agreement No.: 301-0001973-000-1 used 2015 Komatsu FG25ST-16 Forklift** |
| State the term remaining | |
| List the contract number of any government contract | **Wells Fargo Equipment Finance 800 Walnut St., 4th Floor Des Moines, IA 50309** |

**Fill in this information to identify the case:**

Debtor name ___**Brian DeVries Construction Inc.,**___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Rigoberto Gonzalez et al.** | ☐ D _____<br>■ E/F __3.149__<br>☐ G _____ |
| 2.3 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Urbano Vergara et al.** | ☐ D _____<br>■ E/F __3.172__<br>☐ G _____ |
| 2.4 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **National Ready Mix Concrete** | ☐ D _____<br>■ E/F __3.128__<br>☐ G _____ |
| 2.5 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Antonio Alvarez-Haro** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

Debtor  **Brian DeVries Construction Inc.,** _____  Case number *(if known)* _____

| ■ **Additional Page to List More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | | | | |
|---|---|---|---|---|
| 2.6 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Rigoberto Gonzalez** | ☐ D _____<br>■ E/F __3.148__<br>☐ G _____ |
| 2.7 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Urbano Vergara** | ☐ D _____<br>■ E/F __3.171__<br>☐ G _____ |
| 2.8 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Santiago Sanchez** | ☐ D _____<br>■ E/F __3.157__<br>☐ G _____ |
| 2.9 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Oswaldo Gonzalez** | ☐ D _____<br>■ E/F __3.137__<br>☐ G _____ |
| 2.10 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Adan Salazar** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.11 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Francisco Rivas** | ☐ D _____<br>■ E/F __3.50__<br>☐ G _____ |
| 2.12 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Basilio Garcia-Orozco** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.13 | **Brian G DeVries** | **836 Mystic Parkway**<br>**Spring Branch, TX 78070** | **Ezekquiel Sanchez** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* |
| --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.14 | Brian G DeVries | 836 Mystic Parkway<br>Spring Branch, TX 78070 | Abraham Sanchez | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.15 | Brian G DeVries | 836 Mystic Parkway<br>Spring Branch, TX 78070 | Joan J. Figueroa | ☐ D _____<br>■ E/F __3.86__<br>☐ G _____ |
| 2.16 | Brian G DeVries | 836 Mystic Parkway<br>Spring Branch, TX 78070 | Zenen Ortega | ☐ D _____<br>■ E/F __3.179__<br>☐ G _____ |
| 2.17 | Brian G DeVries | 836 Mystic Parkway<br>Spring Branch, TX 78070 | Hugo Sanchez | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.18 | Brian G DeVries | 836 Mystic Parkway<br>Spring Branch, TX 78070 | Juan Carlos Perez | ☐ D _____<br>■ E/F __3.107__<br>☐ G _____ |
| 2.19 | Brian G DeVries | 836 Mystic Parkway<br>Spring Branch, TX 78070 | Bryan Vergara | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.20 | Casualty Insurance Company | | Rigoberto Gonzalez et al. | ☐ D _____<br>■ E/F __3.149__<br>☐ G _____ |
| 2.21 | Casualty Insurance Company | | Antonio Alvarez-Haro | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.22  **Casualty Insurance Company** | Rigoberto Gonzalez | ☐ D _____<br>■ E/F  __3.148__<br>☐ G _____ |
| 2.23  **Casualty Insurance Company** | Urbano Vergara | ☐ D _____<br>■ E/F  __3.171__<br>☐ G _____ |
| 2.24  **Casualty Insurance Company** | Santiago Sanchez | ☐ D _____<br>■ E/F  __3.157__<br>☐ G _____ |
| 2.25  **Casualty Insurance Company** | Oswaldo Gonzalez | ☐ D _____<br>■ E/F  __3.137__<br>☐ G _____ |
| 2.26  **Casualty Insurance Company** | Adan Salazar | ☐ D _____<br>■ E/F  __3.2__<br>☐ G _____ |
| 2.27  **Casualty Insurance Company** | Francisco Rivas | ☐ D _____<br>■ E/F  __3.50__<br>☐ G _____ |
| 2.28  **Casualty Insurance Company** | Basilio Garcia-Orozco | ☐ D _____<br>■ E/F  __3.13__<br>☐ G _____ |
| 2.29  **Casualty Insurance Company** | Ezekquiel Sanchez | ☐ D _____<br>■ E/F  __3.45__<br>☐ G _____ |

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|
| 2.30  **Casualty Insurance Company** | Abraham Sanchez | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ | |
| 2.31  **Casualty Insurance Company** | Joan J. Figueroa | ☐ D _____<br>■ E/F  **3.86**<br>☐ G _____ | |
| 2.32  **Casualty Insurance Company** | Zenen Ortega | ☐ D _____<br>■ E/F  **3.179**<br>☐ G _____ | |
| 2.33  **Casualty Insurance Company** | Hugo Sanchez | ☐ D _____<br>■ E/F  **3.64**<br>☐ G _____ | |
| 2.34  **Casualty Insurance Company** | Hugo Sanchez | ☐ D _____<br>■ E/F  **3.64**<br>☐ G _____ | |
| 2.35  **Casualty Insurance Company** | Juan Carlos Perez | ☐ D _____<br>■ E/F  **3.107**<br>☐ G _____ | |
| 2.36  **Casualty Insurance Company** | Bryan Vergara | ☐ D _____<br>■ E/F  **3.19**<br>☐ G _____ | |
| 2.37  **Continental Casualty Company** | Rigoberto Gonzalez et al. | ☐ D _____<br>■ E/F  **3.149**<br>☐ G _____ | |

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|

| 2.38 | **Continental Casualty Company** | **Antonio Alvarez-Haro** | ☐ D _____<br>■ E/F **3.11**<br>☐ G _____ |
|---|---|---|---|
| 2.39 | **Continental Casualty Company** | **Rigoberto Gonzalez** | ☐ D _____<br>■ E/F **3.148**<br>☐ G _____ |
| 2.40 | **Continental Casualty Company** | **Urbano Vergara** | ☐ D _____<br>■ E/F **3.171**<br>☐ G _____ |
| 2.41 | **Continental Casualty Company** | **Santiago Sanchez** | ☐ D _____<br>■ E/F **3.157**<br>☐ G _____ |
| 2.42 | **Continental Casualty Company** | **Oswaldo Gonzalez** | ☐ D _____<br>■ E/F **3.137**<br>☐ G _____ |
| 2.43 | **Continental Casualty Company** | **Adan Salazar** | ☐ D _____<br>■ E/F **3.2**<br>☐ G _____ |
| 2.44 | **Continental Casualty Company** | **Francisco Rivas** | ☐ D _____<br>■ E/F **3.50**<br>☐ G _____ |
| 2.45 | **Continental Casualty Company** | **Basilio Garcia-Orozco** | ☐ D _____<br>■ E/F **3.13**<br>☐ G _____ |

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | **Continental Casualty Company** | Ezekquiel Sanchez | ☐ D ____<br>▮ E/F __3.45__<br>☐ G ____ |
| 2.47 | **Continental Casualty Company** | Abraham Sanchez | ☐ D ____<br>▮ E/F __3.1__<br>☐ G ____ |
| 2.48 | **Continental Casualty Company** | Joan J. Figueroa | ☐ D ____<br>▮ E/F __3.86__<br>☐ G ____ |
| 2.49 | **Continental Casualty Company** | Zenen Ortega | ☐ D ____<br>▮ E/F __3.179__<br>☐ G ____ |
| 2.50 | **Continental Casualty Company** | Hugo Sanchez | ☐ D ____<br>▮ E/F __3.64__<br>☐ G ____ |
| 2.51 | **Continental Casualty Company** | Juan Carlos Perez | ☐ D ____<br>▮ E/F __3.107__<br>☐ G ____ |
| 2.52 | **Continental Casualty Company** | Bryan Vergara | ☐ D ____<br>▮ E/F __3.19__<br>☐ G ____ |
| 2.53 | **Liberty Mutual Insurance Company** | Rigoberto Gonzalez et al. | ☐ D ____<br>▮ E/F __3.149__<br>☐ G ____ |

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | | |
|---|---|---|---|

2.54 **Liberty Mutual Insurance Company** — **Antonio Alvarez-Haro**
☐ D _____
■ E/F  **3.11**
☐ G _____

2.55 **Liberty Mutual Insurance Company** — **Rigoberto Gonzalez**
☐ D _____
■ E/F  **3.148**
☐ G _____

2.56 **Liberty Mutual Insurance Company** — **Urbano Vergara**
☐ D _____
■ E/F  **3.171**
☐ G _____

2.57 **Liberty Mutual Insurance Company** — **Santiago Sanchez**
☐ D _____
■ E/F  **3.157**
☐ G _____

2.58 **Liberty Mutual Insurance Company** — **Oswaldo Gonzalez**
☐ D _____
■ E/F  **3.137**
☐ G _____

2.59 **Liberty Mutual Insurance Company** — **Adan Salazar**
☐ D _____
■ E/F  **3.2**
☐ G _____

2.60 **Liberty Mutual Insurance Company** — **Francisco Rivas**
☐ D _____
■ E/F  **3.50**
☐ G _____

2.61 **Liberty Mutual Insurance Company** — **Basilio Garcia-Orozco**
☐ D _____
■ E/F  **3.13**
☐ G _____

---

| Debtor | **Brian DeVries Construction Inc.,** | | Case number *(if known)* | |

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | **Liberty Mutual Insurance Company** | **Ezekquiel Sanchez** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.63 | **Liberty Mutual Insurance Company** | **Abraham Sanchez** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.64 | **Liberty Mutual Insurance Company** | **Joan J. Figueroa** | ☐ D _____<br>■ E/F __3.86__<br>☐ G _____ |
| 2.65 | **Liberty Mutual Insurance Company** | **Zenen Ortega** | ☐ D _____<br>■ E/F __3.179__<br>☐ G _____ |
| 2.66 | **Liberty Mutual Insurance Company** | **Hugo Sanchez** | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.67 | **Liberty Mutual Insurance Company** | **Juan Carlos Perez** | ☐ D _____<br>■ E/F __3.107__<br>☐ G _____ |
| 2.68 | **Liberty Mutual Insurance Company** | **Bryan Vergara** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.69 | **Rakan Saleh**  **110 Grazie Irvine, CA 92602** | **Hi-Grade Materials Co** | ☐ D _____<br>■ E/F __3.61__<br>☐ G _____ |

---

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.70 | **Rakan Saleh** | **110 Grazie**<br>**Irvine, CA 92602** | **Holliday Rock** | ☐ D _____<br>■ E/F _3.63_<br>☐ G _____ |
| 2.71 | **Rakan Saleh** | **110 Grazie**<br>**Irvine, CA 92602** | **Robertson's Ready Mix** | ☐ D _____<br>■ E/F _3.151_<br>☐ G _____ |
| 2.72 | **Rakan Saleh** | **110 Grazie**<br>**Irvine, CA 92602** | **White Cap** | ☐ D _____<br>■ E/F _3.177_<br>☐ G _____ |
| 2.73 | **Rakan Saleh** | **110 Grazie**<br>**Irvine, CA 92602** | **Cemex** | ☐ D _____<br>■ E/F _3.24_<br>☐ G _____ |
| 2.74 | **Travelers Casualty and Surety et al** | | **Rigoberto Gonzalez et al.** | ☐ D _____<br>■ E/F _3.149_<br>☐ G _____ |
| 2.75 | **Travelers Casualty and Surety et al** | | **Antonio Alvarez-Haro** | ☐ D _____<br>■ E/F _3.11_<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Brian DeVries Construction Inc.,**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this
form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any
amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document,
and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341,
1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another
individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 2 2023      X _____
                            Signature of individual signing on behalf of debtor

                            **Rakan Saleh**
                            Printed name

                            **Chief Executive Officer**
                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Brian DeVries Construction Inc.,**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,112,621.48** |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$2,900,002.24** |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$3,947,156.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Brian DeVries Construction Inc.,**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Ben's Asphalt, Inc.,** **2200 S. Yale** **Santa Ana, CA 92704** | 4/10/2023 | $20,101.27 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.2.** **Kinsel Forensic Accounting, LLP** **225 S. Lake Ave Fl 3** **Pasadena, CA 91101** | 04/07/2023 | $35,369.11 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| **3.3.** **Signal Hill Construction** **2425 Gundry Avenue** **Signal Hill, CA 90755** | 04/07/2023 | $35,951.21 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.4.** **American Express** **Box 0001** **Los Angeles, CA 90096-8000** | 3/20/2023; 3/24/2023;3/29/2023;3/30/2023; 4/10/2023;5/16/2023;5/30/2023; | $94,540.32 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other _Revolving credit card_ |
| **3.5.** **Hi-Grade Materials Co** **17671 Bear Valley Rd.,** **Hesperia, CA 92345** | 02/13/2023; 3/17/2023; 3/14/2023; 5/23/2023 | $132,558.81 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.6.** **Tru Vizion LLC** **2524 Sullivan** **Irvine, CA 92614** | 03/30/2023; 5/11/2023 | $50,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.7.** **Holiday Rock Co., Inc.,** **1401 N. Benson Avenue** **Upland, CA 91786** | 02/07/2023; 03/07/2023 | $21,735.13 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.8.** **Rent N. Go** | 03/01/2023;0 3/20/2023 | $9,251.30 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor   **Brian DeVries Construction Inc.,** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.  **Nowf Alselmi** | 03/17/2023; 4/10/2023 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **White Cap**<br>PO Bo x6040<br>Cypress, CA 90630 | 2/1/2023; 2/2/2023; 2/7/2023; 2/8/2023;2/9/2023; 02/13/2023;2/24/2023;02/27/2023; 3/17/2023 3/21/2023; 05/23/2023 | $31,964.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **RR Leonard**<br>10910 Shoemaker Avenue<br>Santa Fe Springs, CA 90670 | 03/03/2023; 3/13/202303/17/2023 | $45,865.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **ABC of Southern California Benefit**<br>PO Box 12630<br>San Diego, CA 92112 | 02/10/2023; 2/28/2023;3/15/2023;4/7/2023;05/06/2023 | $16,411.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Downs Energy**<br>1095 Montecito Drive<br>Corona, CA 92879 | 2/20/2023; 2/22/2023;2/28/2023; 03/01/2023; 3/17/20233/10/2023; 03/20/2023;05/06/2023; 05/10/2023;05/26/2023 | $18,281.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Siham El Akri**<br>11721 Whittier Blvd.,<br>Box 422<br>Whittier, CA 90601 | 2/01/2023 2/28/2023 | $14,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. **Fleming and Sons Concrete Pumping**<br>2675 CHowchilla Blvd.,<br>Chowchilla, CA 93610 | 5/23/2023 | $9,861.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Brian DeVries Construction Inc.,**    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.16. | **Law Office of Brian Ballo**<br>**120 Vantis Suite 300**<br>**Aliso Viejo, CA 92656** | **3/6/2023;**<br>**04/12/2023** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. | **D&D Laser Screed**<br>**561 Birch Street**<br>**Lake Elsinore, CA 92530** | **05/23/2023** | **$20,395.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Bond Exchange**<br>**24800 Chrisanta Drive Suite 160**<br>**Mission Viejo, CA 92691** | **5/23/2023** | **$20,988.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. | **Kennedy, McCarthy & Rumm**<br>**9210 Irvine Center Dr.**<br>**Irvine, CA 92618** | **4/17/2023** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brian G DeVries**<br>**836 Mystic Parkway**<br>**Spring Branch, TX 78070**<br>**Former president** | **02/01/2022-3/**<br>**01/2023** | **$315,000.00** | **former insider for purchase of**<br>**Brian DeViries Construction** |
| 4.2. **Rakan Saleh**<br>**110 Grazie**<br>**Irvine, CA 92602**<br>**Chief Executive Officer** | **01/01/2023;**<br>**02/01/2023;0**<br>**3/1/2023** | **$29,000.00** | **wages and loan repayment** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | **Brian DeVries Construction Inc.,** | Case number *(if known)* | |
|---|---|---|---|

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Vergara et al. vs. Brian DeVries Construction et al. 30-2022-01243059-CU-OE-CJC** | **complaint for damages re: failure to properly pay wages** | **Superior Court of California** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Gonzalez et al. vs. Brian DeVried Construction et al. 30-2022-01258360-CU-OE-CJC** | **Complaint for damages re: failure to properly pay wages** | **Superior Court of California** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Rakan Saleh, an individual; and Brian DeVries Construction, Inc., a California coporation vs. Brian DeVries an individual 5200000408** | **Arbitration claim for: 1. Rescission of stock purchase agreement pursuant to civil code section 1689(b) 2. Fraudulent concealment 3. Fraudulent Nondisclosure 4. Fraudulent Misrepresentation 5. Breach of stock purchase agreement 6. Breach of Employment agreement 7. Conversion 8. Breach of Fiduciary Duties 9. Fraudulent  tax returns** | **Judicial Arbitration & Mediation Service** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **Brian DeVries Construction Inc.,**                        Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Hilti tool theft** | | | **$0.00** |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeffrey S. Shinbrot, APLC**<br>**15260 Ventura Blvd., Suite 1200**<br>**Sherman Oaks, CA 91403** | | **04/19/2023** | **$26,738.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **Brian DeVries Construction Inc.,**                                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Non-related third party** | **2007 Dodge ram black** | **10/28/2022** | **$4,500.00** |
| | **Relationship to debtor** | | | |
| 13.2<br>. | **Non related third party** | **2007 Dodge ram white** | **12/28/2022** | **$1,000.00** |
| | **Relationship to debtor** | | | |

## Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **216 Avenida Fabricante Unit 207**<br>**San Clemente, CA 92672** | **02/1/2022-4/1/2022** |

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Brian DeVries Construction Inc., | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Brian DeVries Construction Inc.,**                    Case number *(if known)* _____

---

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **John Messina CPA**<br>**Van Riper & Messina** | **tax retursn** |
| 26a.2. | **Yahya Alshalai** | **02/01/2022 -present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **David Breshears**<br>**Hemming Morse, LLP**<br>**800 S. Figueroa St., #1270**<br>**Los Angeles, CA 90017** | **November 2022** |

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **Kinsel Forensic Accounting**<br>**225 South Lake Ave 3rd Floor**<br>**Pasadena, CA 91101** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

| Debtor | Brian DeVries Construction Inc., | | Case number *(if known)* | |

statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Rakan Saleh | 110 Grazie Irvine, CA 92602 | Chief Executive Officer | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Alex Audi | 110 Gray Willow Place Manotick Ontario, Canada K4M0B3 | Secretary, Chief Financial Officer | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor  **Brian DeVries Construction Inc.,**                     Case number *(if known)* _____

---

**Part 14:  Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 2, 2023

_____                **Rakan Saleh**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Brian DeVries Construction Inc.,** _____    Case No. _____
                                        Debtor(s)                    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................    $    **26,738.00**

Prior to the filing of this statement I have received ................    $    **26,738.00**

Balance Due ................................................................    $    **0.00**

2.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **As set forth in the Application to EmployGeneral Insolvency Counsel for Debtor to be filed with the Bankruptcy Court.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **As set forth in the Application to EmployGeneral Insolvency Counsel for Debtor to be filed with the Bankruptcy Court.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6-2-2023 _____
_Date_

**Jeffrey S. Shinbrot 155486**
_Signature of Attorney_
**Jeffrey S. Shinbrot, APLC**
**15260 Ventura Blvd.**
**Suite 1200**
**Sherman Oaks, CA 91403**
**3106595444  Fax: 3108788304**
**jeffrey@shinbrotfirm.com**
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot 155486**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486 CA**<br>**jeffrey@shinbrotfirm.com** | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Brian DeVries Construction Inc.,**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**25**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  June  2, 2023

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

Brian DeVries Construction Inc.,
3440 West Warner Ave., Suite L
Santa Ana, CA 92704


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403


Abraham Sanchez
940 Sanford Avenue
Wilmington, CA 90744


Adan Salazar
15501 South White Avenue
Compton, CA 90221


Adan Salazar Gomez
940 Sanford Avenue
Wilmington, CA 90744


Adrian Reyes
530 West Garfield Ave
Glendale, CA 91204


Alejandro Hurtado
11448 Trust Way
Moreno Valley, CA 92555


Alejandro Ruiz
16930 Via Xavier
Irvine, CA 92618

Alex Jimenez


Angel Tapia
2135 Sunpork Dr.
Perris, CA 92570


Anthony H. Del Cid
26297 E. Baseline St.
Highland, CA 92346


Anthony Warren
6415 Rosemead Blvd., Apt. 8
San Gabriel, CA 91775


Antonio Alvarez-Haro
1102 East 9th St.,
Pomona, CA 91766


Antonio Martin Flores
2411 Folsom St.,
Los Angeles, CA 90033


Basilio Garcia-Orozco
4181 Goodman St.,
Riverside, CA 92503


Belizario Dominguez
15501 South White Ave.,
Compton, CA 90221

Bond Exchange
24800 Chrisanta Drive Suite 160
Mission Viejo, CA 92691


Brenden Bui
1322 S. Masterson Rd.,
Anaheim, CA 92804


Brian G DeVries
836 Mystic Parkway
Spring Branch, TX 78070


Brian Hernandez
13181 Lampson Ave
Garden Grove, CA 92848


Bryan Vergara
17390 Mockingbird
Riverside, CA 92504


Carlos A. Jiminez Ruiz
13534 Don Julian Road
La Puente, CA 91744


Carlos E. Alvarez
308 North Aspen
Rialto, CA 92376


Carlos Espinoza
1595 Palmr St.,
Pomona, CA 91766

Carlos Garcia
115 West 73rd St.,
Los Angeles, CA 90003


Casualty Insurance Company


Cemex
16161 Construction Cir E
Irvine, CA 92606


Christian Acevedo
23934 Rowe Dr
Moreno Valley, CA 92557


ConAm Building Co.,
903 Calle Amanecer Ste. 210
San Clemente, CA 92673


Continental Casualty Company


Dale A. Ortmann, Esquire
301 N. Lake Ave 7th Fl
Pasadena, CA 91101


David Aguilar
1036 Brittania St., # 9
Los Angeles, CA 90033

David Arellano
6378 Cinnaber Drive
Riverside, CA 92509


David Galdamez Santos
1301 E. Ave I SPC 191
Lancaster, CA 93535


David J. Suarez
2863 S. Cypress Point
Ontario, CA 91761


Demetrio Arellano
25433 Sjamel Ash Dr.,
Moreno Valley, CA 92551


DeQuan T. Hamilton
1919 E. Center St., # 408
Anaheim, CA 92805


DONAHOO & ASSOCIATES
440 W. First St., Ste. 101
Tustin, CA 92780


Donahoo & Associates, PC
440 W. First St., Ste. 101
Tustin, CA 92780


Downs Energy
1095 Montecito Drive
Corona, CA 92879

Edison W. Lopez
14648 Sylvan St., Apt. 1
Van Nuys, CA 91411


Eduardo Ortega Sanchez
930 Sanford Ave
Wilmington, CA 90744


Eduardo Perez
308 S. Omalley Ave
Azusa, CA 91702


Edward James Tapia
24055 Clinton Keith Rd Apt. 719
Wildomar, CA 92595


Efrain Hernandez
8515 Alburtis Avenue
Whittier, CA 90606


Efrain Maciac
478 E. Home St.,
Rialto, CA 92376


Eladio D. Jimenez
16565 Raymond Avenue
Fontana, CA 92336


Elfego Arellano
4091 Golden West Ave
Riverside, CA 92509

Elias Fisher
15423 Wood Rd.
Riverside, CA 92508


Erick Martinez Garcia
1435 Pine Ave
Long Beach, CA 90813


Erik A. Dominguez
151 Granada
Tustin, CA 92780


Esteban Sagal
12691 Sunswept # 4
Garden Grove, CA 92843


Ezekquiel Sanchez
930 Sanford Avenue
Wilmington, CA 90744


Faustino Jimenez
481 Cherry Vista Dr.
San Jose, CA 95135-5391


Fernando  Esmerio
817 N. Parton St.,
Santa Ana, CA 92701


Ferruzzo & Ferruzzo, LLP
3737 Birch St., Ste. 400
Newport Beach, CA 92660

Fleming and Sons Concrete Pumping
26715 Chowchilla Blvd,
Chowchilla, CA 93610


Francisco Rivas
c/o Richard E. Donahoo, Esquire
DONAHOO & Associates
440 W. First St., Ste. 101
Tustin, CA 92780


Francisco Tapia
32536 Meadow Ridge
Wildomar, CA 92595


Frank Garcia
5400 Via Corona St.,
Los Angeles, CA 90022


Genaro G. Castanos
31486 Los Rios St.,
San Juan Capistrano, CA 92675


Geovanny Serrano
120 Cristianitos Road # 14308
San Clemente, CA 92673


Gerson Clara
7823 Landgon Ave
Van Nuys, CA 91406


Gilberto Colin
25880 Juniper Flats Rd
Homeland, CA 92548

Gilberto Gonzalez
1542 1/2 E. 76th Pl.
Los Angeles, CA 90001


GM Financial
P.O. Box 183834
Arlington, TX 76096


GM Financial
PO Box 1510
Cockeysville, MD 21030


Grove South Coast, LLC
3857 Birch St., # 905
Newport Beach, CA 92660


Guillermina Lopez-Tapia
1302 W. Anaheim St.,
Harbor City, CA 90710


Harvie Randall
34432 Crown Valley Apt. 202
Dana Point, CA 92629


Hector J. Gomez
900 E. Denni St. Space 17
Wilmington, CA 90744


Hi-Grade Materials Co
17671 Bear Valley Rd.,
Hesperia, CA 92345

Hilti Inc.
PO Box 70299
Philadelphia, PA 19176-0299


Holliday Rock
16191 Construction Cir E
Irvine, CA 92606


Hugo Sanchez
930 Sanford
Wilmington, CA 90744


Ibraheem Alakkad
14653 Meadowsweet
Corona, CA 92880


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iram Lopez
4520 Coppermine st.
Riverside, CA 92501


Isac Villa Diaz
3183
San Bernardino, CA 92404


Israel Saldana
1609 W, Santa Avenue
Santa Ana, CA 92703

Isreal Hernandez
1011 N. Fries Ave
Wilmington, CA 90744


Issiah Aguilera
2701 Randolph St.,
Huntington Park, CA 90255


James Gonzales
13150 13th St.,
Chino, CA 91710


Javie Lorenzano
195 N. Center St.,
Redlands, CA 92373


Javier A. Luquin
914 Kittiwake Lane
Chula Vista, CA 91911


Javier Arellano
6378 Cinnabar Dr
Riverside, CA 92509


Javier Guzman
121 N. Prithcard Ave Apt. 9
Fullerton, CA 92833


Javier J. Mendoza
35580 Avenue D
Yucaipa, CA 92399

Javier S. Mendoza
10167 East Ave Q-10
Littlerock, CA 93543


Jennifer Devries
836 Mystic Parkway
Spring Branch, TX 78070


Jeremy Salguero
1222 Ala Kapuna St. # 705
Honolulu, HI 96819


Jeronimo Martinez
8985 Madison Ave.
South Gate, CA 90280


Jesus Aguilar
1209 Blinn Avenue
Wilmington, CA 90744


Jesus Barragan
530 West Garfield Ave
Glendale, CA 91204


Jesus Sanchez
1129 W. 50th St.
Los Angeles, CA 90037


Jesus Zaragoza
83036 55th Avenue
Thermal, CA 92274

Joan J. Figueroa
15501 South White Ave
Compton, CA 90221


Joey Cooper


Jonathon A. Galache
2901 W. First St., # 64
Santa Ana, CA 92703


Jorge Amezcua
22640 Kingross Lane
Moreno Valley, CA 92557


Jorge E. Sandoval-Zavala
10954 Spruce Ave
Bloomington, CA 92316


Jorge L. Zavala Alcareaz
3802 Eisenhower Dr.
Lake Elsinore, CA 92530


Jorge Tomayo
12148 164th St
Norwalk, CA 90650


Jose Carmona
2230 West Borchard
Santa Ana, CA 92704

Jose E. Arieas
11937 Hart St., Apt. B
North Hollywood, CA 91605


Jose M. Diaz
25867 Melba Ave
Homeland, CA 92548


Jose Osuna
21162 Rider St.
Perris, CA 92570


Jose Quintero
3560 Bell Ave
Bell Gardens, CA 90201


Jose Ramirez
4300 HOlt Blvd., #17
Montclair, CA 91763


Jose Reyes
115 West 73rd St.,
Los Angeles, CA 90002


Jose Sanchez Riveros
940 Sanford Avenue
Wilmington, CA 90744


Jose V. Benitez
5131 de Longpre Aven
Los Angeles, CA 90027

Jose V. Calderon
10513 Magnolia Ave SP
Riverside, CA 92505


Joseph A. Aguilera-Mendez
4162 Boise St
Riverside, CA 92501


Joseph R. Cooper
1741 N. Tympani Circle
Anaheim, CA 92807


Joshua Alex
13583 Canyon Crest
Corona, CA 92880


Juan C. Granados
1146 E. 89th St.,
Los Angeles, CA 90002


Juan Carlos Perez
41043 Collegian Way
Hemet, CA 92544


Juan Villa Diaz
3183 Sanchez St.,
San Bernardino, CA 92404


Kennedy, McCarthy & Rumm
9210 Irvine Center Dr.
Irvine, CA 92618

Kevin Galdamexz
1301 East Avenue I SPC 191
Lancaster, CA 93535


Kinsel Forensic Accounting, LLP
225 S. Lake Ave Fl 3
Pasadena, CA 91101


Law Office of Brian Ballo
120 Vantis Suite 300
Aliso Viejo, CA 92656


LCS Constractors, Inc.,
15205 Alton Parkway
Irvine, CA 92618


Leo Hurtado
4131 Lively St.,
Riverside, CA 92505


Leonel Diaz
849 N. Aspen Ave
Rialto, CA 92376


Liberty Mutual Insurance Company


Luis C. Loera
18753 10th St.,
Bloomington, CA 92316

Luis H. Toro
121 N. Prithcard Ave Apt. 9
Fullerton, CA 92833


Manuel D. Moreno
315 E. 98th St.
Los Angeles, CA 90003


Manuel Lopez
12137 Phillips Ave
Lynwood, CA 90262


Marco Montoya
18940 Applewood Way
Lake Elsinore, CA 92530


Marco Piceno
1148 E. 89th st
Los Angeles, CA 90002


Mariano Rodriguez JR.
15128 Elm Ct., Apt. A
Moreno Valley, CA 92551


Mario Moya
44640 Stewart Way
Hemet, CA 92544


Mario Peralta
4193 Strawberry St
Riverside, CA 92501

Michael Flores
3131 E. Palmyra Ave
Orange, CA 92869


Miguel Nunez
530 West Garfield ave
Glendale, CA 91204


Miguel Vargas
589 W. Woodhill St.,
Rialto, CA 92376


Modesto Hernandez
5800 Hamner Ave Space 58
Mira Loma, CA 91752


Morris, Inc.,
5151 California Ave Suite 250
Irvine, CA 92617


National Ready Mix Concrete
Fullerton, CA 92831


Nemecio Gonzalez
5515 Harold St.,
Riverside, CA 92503


Nicolas Stacy
4980 Chapala Dr
Riverside, CA 92507

Nolberto Sanchez
316 W. Mayberry Ave
Hemet, CA 92543


Norberto J. Anguiano
301 La Clarita Avenue
San Jacinto, CA 92582


Norse
3555 Harbor Gateway South Suite F
Costa Mesa, CA 92626


Oscar A. Hernandez
839 S. Greenwood Avenue
Montebello, CA 90640


Oscar B. Alvardo-Hernandez
115 W. 73rd St.,
Los Angeles, CA 90003


Oscar E. Bibriesca
6428 Gallant St.,
Bell Gardens, CA 90201


Oscar Solrio
40534 176 St E
Lancaster, CA 93535


Oswaldo Gonzalez
4193 Goodman
Riverside, CA 92503

Pablo Bahena
11065 Campbell Ave
Riverside, CA 92505


Patriot Concrete Pump Service
PO Box 91521
City of Industry, CA 91715-1521


Pedro Alberto Campos Perez
30812 Lajoe St
Menifee, CA 92584


Perera Construction & Design, Inc.,
2890 Inland Empire Blvd., Ste. 102
Ontario, CA 91764


Rafael Arellano
6378 Cinnabar Dr.
Riverside, CA 92509


Rafael Ordonez Jurado
34089 Dorof Ct.
Wildomar, CA 92595


Rakan Saleh
110 Grazie
Irvine, CA 92602


Rancisco Rivas
4193 Goodman St.,
Riverside, CA 92503

Raul Gonzalez Jasso
8009 Carlyle Dr.,
Riverside, CA 92509


Ricardo Cervantes
11069 DeFoe Avenue
Pacoima, CA 91331


Rigoberto Gonzalez
4193 Goodman St.,
Riverside, CA 92503


Rigoberto Gonzalez et al.
c/o Donahoo & Associates, PC
440 W. 1st Street Ste. 101
Tustin, CA 92780


Riley C. Devries
28816 Airoso St., # 216
Ladera Ranch, CA 92694


Robertson's Ready Mix
25931 Towne Centre Dr., N
Foothill Ranch, CA 92610


Rodney D. Johnson
1424 E. Lael
Orange, CA 92866


Romulo A. Adame
3999 Pacific Ave
Riverside, CA 92509

RR Leonard
10910 Shoemaker Avenue
Santa Fe Springs, CA 90670

Salome C. Perez
7029 Petaluma Dr.,
Fontana, CA 92336

Sanson Pallares
844 W. 12th St.,
San Pedro, CA 90731

Santiago Sanchez
930 Sanford Avenue
Wilmington, CA 90744

Schaefer's Parking Lot
7237 Somerset Blvd.,
Paramount, CA 90723-9307

Serafin Avalos
650 Brisbane St
Hemet, CA 92545

Signal Hill Construction
2425 Gundry Avenue
Signal Hill, CA 90755

Silvestre Jimenez
23670 Gary Ct.
Moreno Valley, CA 92557

Socorro Ruiz
115 West 73rd St.
Los Angeles, CA 90003


Socorro Ruiz Jr.
115 W. 73rd st.
Los Angeles, CA 90003


Squire's Lumber
333 East F Street
 PO Box 431
Colton, CA 92324


Steven J. Kirkham
29752 Melinda Rd.,
Rancho Santa Margarita, CA 92688


Stuart C. Clark, Esquire
550 Laguna Dr., Ste. A
Carlsbad, CA 92008


SunState Equipment
4460 E. La Palma Ave
Anaheim, CA 92807


Thomas Allen
1001 Marion Ave
Hemet, CA 92543


Tilden-Coil Constructors
3612 Mission Inn Avenue
Riverside, CA 92501

Tilden-Coil Constructors, Inc.,
3612 Mission Inn Avenue
Riverside, CA 92501

Tito Anguiano

Travelers Casualty and Surety et al

Travis Hudson
747 Juniper St.,
Hemet, CA 92545

Tyree Lister
160 Montrose Avenue
Hemet, CA 92543

Urbano Vergara
1450 Grennwich Dr.,
Riverside, CA 92501

Urbano Vergara et al.
Donahoo & Associates PC
440 W. First St., Ste. 101
Tustin, CA 92780

Victor Manuel Curiel-Lara
38439 4th St. East Unit 1
Palmdale, CA 93550

Victor Rodriguez
15155 Knollwood St.,
Lake Elsinore, CA 92530


Victor Ruiz
16930 Via Xavier
Moreno Valley, CA 92555


W.D.S. Construction, Inc.,


W.E. O'Neil Construction Co. of
909 N. Pacific Coast Hwy Ste. 400
El Segundo, CA 90245


Wells Fargo Equipment Finance
800 Walnut St., 4th Floor
Des Moines, IA 50309


West Coast Sand & Gravel
PO Box 5067
Buena Park, CA 90622


White Cap
1723 Ritchey St
Santa Ana, CA 92705


Ysrael Rodriguez
530 West Garfield Ave
Glendale, CA 91204

Zenen Ortega
930 Sanford Ave
Wilmington, CA 90744